Motion GRANTED for extension to 12/19/12.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:12-00041 |
| | ) | JUDGE TRAUGER |
| | ) | |
| CHARLES GLENN, IV | ) | |

**<u>GOVERNMENT'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND</u>**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an additional one day extension of time through Wednesday, December 19, 2012, to respond to the defendant's motion to dismiss and supporting memorandum. (D.E. Nos. 79, 80).

The government is currently in the process of finalizing its response to said motion and memorandum but, due to other demands, needs an additional day to complete this process. Therefore, the government respectfully requests an extension of time through Wednesday, December 19, 2012, to submit its response in this matter.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

*s/ Philip H. Wehby*

PHILIP H. WEHBY
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151