UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |

## MOTION FOR A BILL OF PARTICULARS

COMES NOW the Defendant, Charles Glenn, by and through his undersigned counsel, and pursuant to Federal Rule 7(f) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court for an Order requiring the Government to disclose:

A. COUNT ONE

1. The exact address or location where the alleged possession with intent to distribute took place.

2. Whether you allege that a firearm was possessed in furtherance of the drug trafficking crime alleged in this count in violation of Title 18, United States Code, Section 924(c)(1)(A).

3. Whether the controlled substances allegedly found at Mr. Glenn's residence are included in the quantity alleged in this count.

B. COUNT TWO

1. The exact address or location where the alleged possession with intent to distribute and distribution occurred.