# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |
| | ) | |

## O R D E R

The government's Motion to Dismiss Count Two (Docket No. 140) is **GRANTED**. The trial on Count Two scheduled for June 18, 2013 is **CANCELLED**.

It is further **ORDERED** that the sentencing hearing for this defendant is scheduled for Thursday, August 22, 2013, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 17th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge