UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

*[Handwritten note: Motion GRANTED. Hearing reset for 6/23/14 at 12:30 p.m. /s/ Judge Trauger]*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:12-00041 |
| ) | Judge Trauger |
| CHARLES GLENN, IV ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW counsel, James E. Mackler, and respectfully requests the Court continue the sentencing hearing currently set for May 22, 2014. All arguments made in the previous requests for continuance are incorporated herein by reference. The United States Attorney's Office, through Phillip H. Wehby, has agreed to continuing this matter until the third week of June, 2014. Mr. Wehby indicated that he would like to look further at sentencing commission recommendations and mandatory minimum issues.

Ms. Lander, U.S. Probation office has no objection to the requested continuance.

In support of a continuance, counsel asserts that, reforms are continuing to take place at a variety of levels, including at the highest levels of the Department of Justice, although Congress has yet to pass any reform legislation.

Mr. Glenn continues to be monitored, to work full-time, to perform voluntary community service, to attend church, and to remain law abiding and drug free. He poses no threat to community or risk of flight. Mr. Glenn is the only person who suffers from continued uncertainty regarding his sentence and he is willing to accept this as the cost of seeking a sentencing hearing under reformed guidelines.