UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 7/21/14 at 2:00 p.m.
>
> *[signature: Judge Trauger]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00041 |
| | ) | JUDGE TRAUGER |
| CHARLES GLENN, IV | ) | |

## MOTION TO CONTINUE THE SENTENCING HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests a continuance of the sentencing hearing in the above case.

In support of this motion, the undersigned submits that he will be out of town on the scheduled hearing date of June 23, 2014, for a work related matter. The undersigned has been advised that the U.S. Probation Officer assigned to the case will likewise be out of town on the currently scheduled hearing date. The government further notes that the undersigned and the defendant are working on a sentencing recommendation to submit to the Court but needs additional time to finalize an anticipated recommendation. Therefore, the government respectfully requests a short continuance of the Sentencing Hearing to a date and time that is convenient to the Court's schedule.

Defense counsel has no objection to this request.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151