**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the sentencing hearing scheduled for July 21, 2014 at 2:00

p.m. is **RESET** for the same day at 2:30 p.m.

It is so **ORDERED**.

ENTER this 16th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge