UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00041 |
| | ) | JUDGE TRAUGER |
| CHARLES GLENN, IV | ) | |

**MOTION TO AMEND JUDGMENT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, in consultation with defense counsel, respectfully moves the Court by agreement to amend the judgment entered in this case as further set forth herein.

Specifically, the government moves to have the judgment amended to reflect the defendant's conviction offense on Count One as the lesser included offense of possession with intent to distribute cocaine, as was contemplated by the parties at the time of sentencing and reflective of the guideline calculations incorporated in the judgment and found by the Court at the sentencing hearing, as well as the statutory penalties recited in the amended plea petition. The government submits that the sentence should remain in all other respects.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

BY: *s/ Philip H. Wehby*
_____
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue, South
Suite A-96l
Nashville, Tennessee 37203
(615) 736-5151